# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3230

_____

| | | |
|---|---|---|
| Charles Bradford Odom, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of North Dakota. |
| Burleigh County Detention Center, | * | |
| Unknown Head Supervisor; Detective | * | [UNPUBLISHED] |
| Kenan Kaizer; Detective Paul Olson; | * | |
| Julie Lawyer, Assistant State's | * | |
| Attorney; Glen Valley, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 22, 2010
Filed: March 31, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

North Dakota inmate Charles Bradford Odom appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 suit. Following de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (28 U.S.C. § 1915A

___

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota, adopting the report and recommendation of the Honorable Charles S. Miller, Jr., United States Magistrate Judge for the District of North Dakota.

dismissal is reviewed de novo), we have found no basis for reversal.  Accordingly, we affirm the district court's judgment.  <u>See</u> 8th Cir. R. 47B.

_____